**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **CRIMINAL ACTION** |
| ) | |
| v. ) | No.  05-10102-01-MLB |
| ) | |
| DEANDRE A. FREEMAN, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Pursuant to Fed. R. Crim. P. 32(h)(3), the court overrules defendant's objection to the presentence report that his prior state conviction for aggravated escape should not be considered a crime of violence because he merely failed to return to a residential community corrections facility with no resulting violence and because the offense is considered non-violent under Kansas law. Defendant's objection is foreclosed by numerous Tenth Circuit cases including United States v. Turner, 285 F.3d 909, 915-16 (10th Cir. 2002).

IT IS SO ORDERED.

Dated this   15th   day of November 2005, at Wichita, Kansas.

s/ Monti Belot
Monti L. Belot
UNITED STATES DISTRICT JUDGE